UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
CRAIG BROWN, also known as
DEMETRIUS BROWN, pro se,

           Plaintiff,

      -against-

ELIOT SPITZER,

           Defendant.
--------------------------------------------------x

**ORDER
DENYING REQUEST
FOR EXTENSION**
05-CV-1553 (DLI)

**DORA L. IRIZARRY, U.S. District Judge:**

    The court is in receipt of petitioner's April 17, 2006 request for an extension of time to perfect his appeal from Kings County Supreme Court's denial of his N.Y. Criminal Procedure Law §440.10 motion.

    Petitioner's request is denied as it is not within this court's jurisdiction to grant it. Instead, petitioner should direct his request to the New York State Supreme Court, Appellate Division, Second Department.

DATED:    Brooklyn, New York
             May 4, 2006

DLI

_____
DORA L. IRIZARRY
United States District Judge